# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | SACV 09-578 ODW(RZx) | Date | December 29, 2010 |
|---|---|---|---|
| Title | U S Commodity Futures Trading Commission v. Gordon A Driver et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** **Order Granting Application [51] to Extend Deadline to Respond to Court's Order to Show Cause [50]**

The above-referenced application [51] is GRANTED. The January 10, 2011 deadline to respond the Court's Order to Show Cause [50] is CONTINUED to Monday, January 31, 2011.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |