# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. Commodity Futures Trading Commission,<br><br>    Plaintiff,<br><br>vs.<br><br>Gordon A. Driver, Axcess Automation LLC, and Axcess Fund Management LLC,<br><br>    Defendants. | Case No.: 09-cv-0578-ODW (RZx)<br><br>**ORDER TO SHOW CAUSE WHY GORDON A. DRIVER SHOULD NOT BE HELD IN CONTEMPT** |

On March 9, 2012, Plaintiff Commodity Futures Trading Commission (the "CFTC") moved the Court to issue an Order to Show Cause why Defendant Gordon A. Driver ("Driver") should not be held in civil contempt for violating various provisions of this Court's August 17, 2009 Order of Preliminary Injunction. (Dkt. No. 85.)

For good cause shown, the CFTC's motion is hereby **GRANTED**. Defendant Driver is **ORDERED TO SHOW CAUSE in writing by April 2, 2012**, why Defendant Driver should not be found in contempt of the Court's

August 17, 2009 Order of Preliminary Injunction.

In lieu of April 9, 2012, hearing on CFTC's Motion for Order to Show Cause why Defendant Should Not be Held in Contempt, the Court will hold a hearing on **Monday, April 9, 2012, at 1:30 p.m.** in Courtroom 11 to determine whether to find Defendant Driver in contempt of the Order of Preliminary Injunction, as well as to consider what sanctions, if any, should be imposed. Defendant Driver shall appear at this hearing to show cause why he should not be held in contempt of the August 17, 2009 Order of Preliminary Injunction. The Court notes that sanctions upon a finding of civil contempt may include fines, repatriation of assets, or incarceration, or any combination thereof.

Dated: March 26, 2012

OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE